# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Chinyere Okereke,                                        Civil No. 12-CV-1802 (JNE/TNL)

        Plaintiff,

v.

        **ORDER**

Educational Credit Management
Corporation (ECMC),

        Defendant.

---

Chinyere Okereke, PO Box 171121, Boston, MA 02117, Pro Se Plaintiff.

Adam C. Trampe, Educational Credit Management Corporation, One Imation Place, Building Two, Oakdale, MN 55128.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 23, 2013 (Docket No.11), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Default (Docket No. 6) is **DENIED**.

Date: February 14, 2013                          s/Joan N. Ericksen
                                                           JOAN N. ERICKSEN
                                                           United States District Judge