UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chinyere Okereke,

       Plaintiff,

v.                                            Civil No. 12-cv-1802 (JNE/TNL)
                                            ORDER

Educational Credit Management
Corporation (ECMC),

       Defendant.

      This case is before the Court on a Report and Recommendation issued by the Honorable

Tony N. Leung, United States Magistrate Judge, on May 31, 2013. The magistrate judge

recommended that Defendant's motion to dismiss be granted. Plaintiff objected to the Report and

Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR

72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No.

30].[1] Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss or in the Alternative for Summary Judgment [Docket No.
   12] is GRANTED.

2. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 8, 2013                                  s/Joan N. Ericksen
                                                 JOAN N. ERICKSEN
                                                 United States District Judge

---

[1]      As properly characterized by the magistrate judge, Plaintiff's April 12 filing [Docket No.
27] is not a motion but rather is a responsive memorandum to Defendant's motion.